UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6018-CAS (PJWx) | Date | October 19, 2012 |
|---|---|---|---|
| Title | SAE-A TRADING AMERICA CORPORATION V. UNIVERSAL SURFACE TECHNOLOGY, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (filed October 18, 2012)

On October 18, 2012, defendants filed an ex parte application for enlargement of time to file an opposition to plaintiff's motion for summary judgment. Dkt. No. 24. However, this opposition has already been filed—and the Court has already granted plaintiff's ex parte application for an extension of time to file a reply. Accordingly, the application is DENIED as moot.

IT IS SO ORDERED.

00 : 00

Initials of Preparer     CMJ